# UNITED STATES DISTRICT COURT FOR
# THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Samantha Guery, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br>v.<br><br>DraftKings, Inc.,<br><br>Defendant. | ) Case No. 1:24-cv-02921-JLR<br>)<br>)<br>)<br>)<br>) **[PROPOSED] ORDER GRANTING**<br>) **MOTION TO WITHDRAW AS**<br>) **COUNSEL FOR PLAINTIFF**<br>)<br>) |

**ROCHON,** District Judge

WHEREAS, this matter comes before the Court on Plaintiff's Counsel's Motion to Withdraw as Counsel for Plaintiff. The Court being fully advised and for good cause shown hereby **GRANTS** the Motion.

Accordingly, **IT IS HEREBY ORDERED THAT**:

1. The Law Firms of Lockridge Grindal Nauen PLLP, Reese LLP and Boies Battin, LLP are hereby withdrawn as counsel from the representation of Plaintiff Samantha Guery.

2. Counsel are **ORDERED** to provide a copy of this Order to Samantha Guery.

**SO ORDERED**.

_____
Hon. Jennifer L. Rochon
United States District Court Judge

Dated: _____, 2024
New York, NY