# UNITED STATES DISTRICT COURT FOR

# THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Samantha Guery, Individually and on Behalf of All Others Similarly Situated, </br></br> Plaintiff, </br></br> v. </br></br> DraftKings, Inc., </br></br> Defendant. | Case No. 1:24-cv-02921 </br></br> **NOTICE OF DISMISSAL** |

SAMANTHA GUERY, plaintiff in the above-captioned action, by and through her undersigned attorneys, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure hereby voluntarily dismisses this action with prejudice as to Samantha Guery's individual claims and without prejudice as to class members claims, if any, with each party to bear its own costs and expenses.

Dated: August 9, 2024

LOCKRIDGE GRINDAL NAUEN P.L.L.P.

By: s/ Joseph C. Bourne
Robert K. Shelquist
Rebecca A. Peterson
Joseph C. Bourne
Laura M. Matson
100 Washington Avenue South, Suite 2200
Minneapolis, MN 55401
Telephone: (612) 339-6900
Facsimile: (612) 339-0981
E-mail: rkshelquist@locklaw.com
rapeterson@locklaw.com
jcbourne@locklaw.com
lmmatson@locklaw.com

Charles D. Moore
REESE LLP
121 N. Washington Ave., 4th Floor
Minneapolis, MN 55401
Telephone: (212) 643-0500
E-mail: cmoore@reesellp.com

Michael R. Reese
REESE LLP
100 West 93rd Street, Sixteenth Floor
New York, NY  10025
Telephone: (212) 643-9500
E-mail: mreese@reesellp.com

Christopher V. Le
Brian Drockton
BOIES BATTIN, LLP
4041 University Drive, 5th Floor
Fairfax, VA 22030
Telephone: (703) 764-8700
E-mail:  cle@boiesbattin.com
            bdrockton@boiesbattin.com

*Counsel for Plaintiff Samantha Guery and the Proposed Class*